IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TERRY L. SOUTH,<br><br>　　　　　　　Defendant. | **8:13CB8**<br><br>ORDER |

This matter is before the court on Government's Motion to Dismiss (Filing No. 58). Government's Motion to Dismiss (Filing No. 58) is granted. This case which involves, Violation Notice 1753374-NE14, is dismissed. The warrant is vacated.

DATED this 17th day of December, 2020.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　United States Magistrate Judge